FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0664

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0664

_____

NANCY NOLAN and THOMAS GARRITY,

     Plaintiffs and Appellants,

    v.

BILLINGS CLINIC, a Montana Corporation,

     Defendant and Appellee.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Olivia C. Rieger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2020